No. 622. CAMPBELL v. KAISER, WARDEN. December 18, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 636. BROADNAX v. CALIFORNIA ET AL. December 18, 1944. Petition for writ of certiorari to the Supreme Court of California denied.

No. 627. KOTEK v. MICHIGAN. On petition for writ of certiorari to the Supreme Court of Michigan;

No. 643. LEWIS v. RAGEN, WARDEN. On petition for writ of certiorari to the Supreme Court of Illinois; and

No. 661. BANKS v. RAGEN, WARDEN. On petition for writ of certiorari to the Supreme Court of Illinois. December 18, 1944. The petitions for writs of certiorari are denied for the reason that applications therefor were not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. Reported below: No. 627, 306 Mich. 408, 11 N. W. 2d 7.

No. 631. UNITED STATES EX REL. McCANN v. THOMPSON, WARDEN, ET AL. December 18, 1944. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit and the application for other relief are denied. *Gene McCann, pro se. Messrs. John F. X. Finn, Hallam M. Richardson,* and *Thomas L. J. Corcoran* filed a memorandum on behalf of petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for respondents.

No. —. WAGNER v. RAGEN, WARDEN. January 2, 1945. Petition for writ of certiorari denied.